GEORGE A. MITCHELL et al., Appellants, *v.* SAMUEL ARCHER et al., Respondents.

*Mitchell* v. *Archer*, 78 Hun, 613, affirmed.
(Argued April 9, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an

order made May.14, 1894, which affirmed a judgment in favor of defendants entered upon the decision of the court at Special Term, a jury having been waived.

*S. H. Thayer* for appellants.

*William Riley* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.